IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE SMITH,

    Plaintiff,

v.                    CASE NO.  4:06cv167-RH/WCS

LT. JOSE COLON, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 4), to which no objections have been filed, and upon's plaintiff's notice of voluntary dismissal (document 5).  Upon consideration,

    IT IS ORDERED:

Plaintiff's motion to proceed *in forma pauperis (*document 2) is DENIED. The clerk shall enter judgment stating, "This action is DISMISSED without prejudice."  The clerk shall close the file.

    SO ORDERED this 26th day of May, 2006.

                        s/Robert L. Hinkle
                        Chief United States District Judge